124 P.3d 457

# SUPREME COURT OF HAWAI'I

State v. Birano .................. 25699     11/01/2005   Granted      109 Hawai'i 327,
126 P.3d 370